■ PAUL CESANA et al., Appellants, v MICHAEL C. BOISEMENU et al., Respondents. [823 NYS2d 750]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered October 4, 2005. The order, among other things, dismissed plaintiffs' motion for an order for civil contempt.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present— Gorski, J.P., Smith, Centra and Green, JJ.